**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| DAVID W. SCHIBLER | ) |
| | ) Case No: 22-20467-CMB |
| Debtor. | ) |
| | ) Chapter 13 |
| DAVID W. SCHIBLER, | ) |
| | ) |
| Movant, | ) Related to: Document No. 34 |
| | ) |
| v. | ) |
| | ) |
| AHP SERVICING, LLC, AS SERVICER FOR | ) |
| US BANK TRUST, N.A. | ) |
| Respondent. | ) |

**LOSS MITIGATION ORDER**

A ***Motion For Loss Mitigation*** was filed by the Debtor, David W. Schibler, on June 28, 2022. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

**AND NOW**, this __13th__ day of __July__, 20_22_, it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's **Loss Mitigation Program** **(LMP)** set forth in *W.PA.LBR 9020-1* thru *9020-7*.

Debtors: David W. Schibler

Creditor: AHP Servicing, LLC

(2) *During the Loss Mitigation Period, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $370.05 per month to the Creditor or the Creditor's designee pursuant to W.PA.LBR 9020-3(g).*

(3) *Within fourteen (14) days from the entry of this Order, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to W.PA.LBR 9020-4(b).*

(4) *Within seven (7) days from the entry of this Order or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to W.PA.LBR 9020-4(c).*

(5) *Within fourteen (14) days of the debtor's submission of the Core LMP Package, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to W.PA.LBR 9020-4(d).*

(6) *Within sixty (60) days from the entry of this Order, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to W.PA.LBR 9020-4(e).*

(7) *One hundred twenty (120) days from the entry of this Order, the LMP Period shall terminate unless extended pursuant to W.PA.LBR 9020-5(b).*

(8) *Within seven (7) days of the termination of the Loss Mitigation Period, the Debtor shall submit an LMP Final Report pursuant to W.PA.LBR 9020-4(f).*

(9) Debtor shall immediately serve a copy of this Order on Creditor and file a certificate of service evidencing same.

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

FILED
7/13/22 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA