**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID W. SCHIBLER, ) | Case No: 22-20467-CMB |
| ) | |
| Debtor(s). ) | Chapter 13 |
| ) | |
| DAVID W. SCHIBLER, ) | |
| ) | Related to: Document Nos. 35 and 41 |
| Movant(s), ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| AHP SERVICING, LLC, AS SERVICER ) | |
| FOR US BANK TRUST, N.A., ) | |
| ) | |
| Respondent. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

## ORDER OF COURT

**And Now,** the ____1st____ day of ____November____, 20__22__, after careful consideration of the Debtor's Motion for Status Conference, and all matters of record, **It Is Hereby Ordered and Decreed** that the Status Conference regarding the Loss Mitigation process with Respondent, AHP Servicing, LLC, as Servicer for US Bank Trust, N.A. is scheduled for December 13, 2022, at 11:00 a.m. via Zoom Video Conference Application. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

The Respondent shall appear, at least by the presence of Local Counsel.

FILED
11/1/22 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  glb
Carlota M. Böhm
United States Bankruptcy Judge